# United States District Court
## Eastern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>**SHAREEF HASSAN HASTINGS**<br>(Defendant's Name) | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br>(For Offenses committed on or after November 1, 1987)<br>Criminal Number: **2:11CR00471-01**<br><br>Courtney Fein, Assistant Federal Defender<br>Defendant's Attorney |

**THE DEFENDANT:**

[✔]   admitted guilt to violation of charges 2, 4, 5, 9 and 10 as alleged in the violation petition filed on February 29, 2012.

[ ]   was found in violation of condition(s) of supervision as to charge(s) __ after denial of guilt, as alleged in the violation petition filed on __.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following violations:

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| See next page. | | |

The court: [✔] revokes the conditions of supervision heretofore ordered on May 22, 2007.

The defendant is sentenced as provided in pages 2 through 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[✔]   Charges 1, 3, 6, 7, and 8 are dismissed.

**Any previously imposed criminal monetary penalties that remain unpaid shall remain in effect.**

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

July 11, 2012
Date of Imposition of Sentence

*/s/ J. Mueller*
Signature of Judicial Officer

**KIMBERLY J. MUELLER**, United States District Judge
Name & Title of Judicial Officer

July 19, 2012
Date

CASE NUMBER:       2:11CR00471-01                                              Judgment - Page 2 of 3
DEFENDANT:         SHAREEF HASSAN HASTINGS

## ADDITIONAL VIOLATION

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| 2 | TRAVEL OUTSIDE THE DISTRICT WITHOUT PRIOR PERMISSION OF THE PROBATION OFFICER | 11/26/2011 |
| 4 | ILLEGAL USE OF A CONTROLLED SUBSTANCE | 10/26/2011 |
| 5 | FAILURE TO PARTICIPATE IN SUBSTANCE ABUSE TESTING | 11/9/2011 |
| 9 | TRAVEL OUTSIDE THE DISTRICT WITHOUT PRIOR PERMISSION OF THE PROBATION OFFICER | 2/2/2012 |
| 10 | POSSESSION OF FALSE IDENTIFICATION AND FAILURE TO PROVIDE TRUE NAME | 2/2/2012 |

CASE NUMBER:        2:11CR00471-01                                                                                          Judgment - Page 3 of 3
DEFENDANT:          SHAREEF HASSAN HASTINGS

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 18 months to be served consecutive to any other sentence the defendant is facing .

[ ]     The court makes the following recommendations to the Bureau of Prisons:

[✔]     The defendant is remanded to the custody of the United States Marshal.

[ ]     The defendant shall surrender to the United States Marshal for this district.
        [ ]  at ___ on ___.
        [ ]  as notified by the United States Marshal.

[ ]     The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
        [ ]  before _ on ___.
        [ ]  as notified by the United States Marshal.
        [ ]  as notified by the Probation or Pretrial Services Officer.
        If no such institution has been designated, to the United States Marshal for this district.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

          Defendant delivered on _____ to _____
at _____ , with a certified copy of this judgment.

                                                                                    _____
                                                                                              UNITED STATES MARSHAL

                                                                                    By _____
                                                                                              Deputy U.S. Marshal